First Step Act of 2018 (Dec. 21, 2018), Application of Fair Sentencing Act

# UNITED STATES DISTRICT COURT
## for the
## CENTRAL DISTRICT OF ILLINOIS

United States of America )
v. )  Case No. 02-30028
KEENAN L. JACKSON )  USM No. 12854-026

12/16/2002                            Thomas W. Patton
Date of Previous Judgment              Defendant's Attorney

### Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

IT IS ORDERED that the motion is: <u>DENIED</u> in part (Imprisonment) and <u>GRANTED</u> in part (Supervised Release)
☑ DENIED ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **is reduced to** _____ .

## I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:
Previous Sentence Imposed:                     Amended Sentence:
Previous Supervised Release Term Imposed: 10 years    Amended Supervised Release Term: 8 years
Previous Underlying Sentence Imposed:          Amended Underlying Sentence:

## II. SENTENCE RELATIVE TO AMENDED TERMS:

☑ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

## II. ADDITIONAL COMMENTS:
☐ Waiver of Appearance of Defendant for resentencing hearing (attached).

Except as provided above, all provisions of the judgment dated  12/16/2002  shall remain in effect.

**IT IS SO ORDERED.**

                                              s/Richard Mills
Order Date:
25 Oct 2019                                   Judge's Signature